DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR Defendant
United Parcel Service, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MAHER KABBANI, | : | Civil Action No. 07-3069 (PGS) |
| PLAINTIFF, | : | |
| | : | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | : | |
| UNITED PARCEL SERVICE, Inc., JOHN DOES 1-10, AND XYZ CORP. 1-10, | : | |
| | : | |
| DEFENDANTS. | : | |

It is hereby stipulated and agreed by and between the undersigned that the Complaint filed by plaintiff Maher Kabbani against defendant United Parcel Service, Inc. in the captioned matter be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to either party.

83034409A01040308

It is further stipulated and agreed by and between the undersigned that the Complaint as to any remaining defendants be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

LAW OFFICES OF TY HYDERALLY, PC
Attorneys for Plaintiff
Maher Kabbani

By: _____
        Ty Hyderally

Dated: 4/7/08

DAY PITNEY LLP
Attorneys for Defendant
United Parcel Service, Inc.

By: _____
        Michael T. Bissinger

Dated: 4/16/08

So Ordered:

_____
Hon. Peter G. Sheridan, U.S.D.J.

Dated: 4/22/08

2